**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| Shannan Davis,<br><br>Plaintiff,<br>v.<br><br>USHealth Advisors, LLC,<br><br>Defendant. | CASE NO.: 8:25-cv-02779-CEH-AAS |

# DECLARATION OF KAT GIARDINA

Pursuant to U.S.C. § 1746, I, Kat Giardina, declare as follows:

1. I am the Sr. Compliance Director of Digital Media Solutions, LLC. ("DMS"). I am over eighteen years old and am otherwise competent to make this Declaration. I base this Declaration upon my personal knowledge, including through a review of DMS's business records. If called as a witness I could and would testify competently as to the truth of the matters stated herein.

2. DMS produces technology-enabled, data-driven digital performance advertising solutions connecting consumers and advertisers. Through various campaigns, including the use of third-party publishers as well as its own websites, and DMS's own proprietary technology, DMS generates and sells leads of interested consumers to businesses and lead brokers.

3. One of the first-party websites that DMS owns and operates and uses to generate leads is Healthmarketadvisor.com, which has a URL of

https://healthmarketadvisor.com/ (the "Site").

4. DMS maintains a database of information relating to the leads that it generates and acquires from third parties (the "Database"). As part of its regular business practices, DMS keeps and maintains the records in its Database in the ordinary course of its business operations as part of its business records, which are automatically generated by computer systems at the time of the event or occurrence to which the records relate.

5. We were able to research the information stored in our Database with respect to the visit to the Site that generated a lead with Plaintiff's telephone number and submission of information and consent to receive, among other things, text messages, telephone calls, and offers from or on behalf of USHEALTH Advisors, LLC ("USHA"). For ease of reference, this visit, record, and information is being referred to as Plaintiff's (as it relates to her claimed telephone number).

6. Based on the information in DMS's Database, the submission of Plaintiff's information occurred on the Site on February 6, 2025 at 6:24:44 a.m. Eastern Daylight Time, from a user with an Internet Protocol ("IP") address of 174.211.176.105.

7. A true and correct copy of the record in DMS's database for Plaintiff's visit to and submission on the Site on February 6, 2025 is attached hereto as Exhibit A. Similar data is automatically generated and maintained for all submissions on the Site at or near the time they occur, but Exhibit A is an excerpt limited only to Plaintiff's record. This information for Plaintiff would not have

been generated on the Site nor provided by DMS had she not made a submission on the Site.

8. Upon landing on the Site, the visitor to the Site was offered the opportunity to obtain health insurance quotes. The visitor entered various types of information, including a name, street address, e-mail address, and telephone number (863-308-5155).

9. The visitor entered that telephone number on the Site and was required to click a button labeled "Compare Rates" to submit her information. The layout of the Site on February 6, 2025 was such that appearing directly before the visitor on the same screen, immediately below the "Compare Rates" button, was the following language:

> By clicking the button above, I expressly consent to receive emails, calls and/or text messages, for marketing purposes, regarding insurance quotes, or other products and services on behalf of Healthmarketadvisor.com partners, including companies like InsureMe, Inc., using my provided telephone number (863) 308-5155 (including any wireless number) even if it's on a federal, state or corporate do-not-call list. I acknowledge calls may be AI-generated, or contain pre-recorded messages using artificial voice and/or placed using an automated telephone dialing system. I understand consent is not required to purchase and that I may revoke my consent at any time. To receive this information without providing this consent, skip. Applicable text messaging rates may apply. I agree to the Privacy Policy and Terms of Service provided.

10. A partial screenshot of the form submission page as it appeared on the Site on February 6, 2025 is below:




11. Clicking on the hyperlinked list of "Healthmarketadvisor.com partners" on the website opens up a new browser window with the title "Carriers and partner companies include, without limitation, the following." "US Health Advisors" and "USHA" are included in the listing and both were included on February 6, 2025.

12. The current hyperlinked list of "Healthmarketadvisor.com partners" from the Site is attached hereto as Exhibit B. Again, USHA is included in the listing and was included on February 6, 2025.

13. Clicking on the hyperlinked "Terms of Service" link opens up a new window or tab containing the Site's Terms of Service. Through its records, DMS is

able to confirm and produce the Terms of Service that would have appeared on the Site on any particular day. A true and correct copy of the Terms of Service that would have appeared on the Site on February 6, 2025 is attached hereto as Exhibit C.

14. The arbitration provision in the Terms of Service appears under the heading "19. Dispute Resolution Provisions" (hereinafter, the "Arbitration Agreement"), and states:

> The Agreement shall be treated as though it were executed and performed in New York, New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). **You hereby agree to arbitrate all claims that may arise under the Agreement that you may have against Company or any of the Covered Parties, who are express third-party beneficiaries of the mandatory arbitration provision. Without limiting the foregoing, should a dispute arise between you and Company and/or any Covered Party including, without limitation, any matter concerning the Site Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) you agree to submit the dispute for resolution by arbitration before the American Arbitration Association in New York, New York, in accordance with the then current Commercial Arbitration rules of the American Arbitration Association (the "AAA"); and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice which can be found Here. We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute and you wish to proceed, you must submit your dispute for resolution by arbitration before the AAA, in your county of residence, by filing a separate Demand for Arbitration, which is available Here. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in**

> **person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, we will reimburse any reasonable attorneys' fees that your attorney accrued for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.**
>
> **To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit and/or class arbitration as to any claim, dispute or controversy that you may have against any Covered Entity and/or Company (including its employees, officers, directors, members, representatives and/or assigns). You agree to the entry of injunctive relief to stop such a class action lawsuit and/or class arbitration, as applicable, or to remove you as a participant in the suit and/or class arbitration, as applicable. You agree to pay the attorney's fees and court costs that Company and/or any Covered Party incurs in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits and/or class arbitrations: (i) does not constitute a waiver of any of your rights or remedies to pursue a claim individually, and not as a class action or class arbitration, in binding arbitration as provided above; and (ii) is an independent agreement. You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Site.**

15. The Terms of Service also state, in bolded text, starting in the third paragraph:

> **PLEASE REVIEW THE TERMS OF THE AGREEMENT CAREFULLY. IF A USER DOES NOT AGREE WITH THE**

**TERMS OF THE AGREEMENT IN THEIR ENTIRETY, THAT USER IS NOT AUTHORIZED TO USE THE SITE OFFERINGS IN ANY MANNER OR FORM.**

**THE AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF LIABILITY, RELEASES, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS THAT MAY ARISE HEREUNDER AGAINST COMPANY, AS WELL AS ITS PARENT, SUBSIDIARIES, RELATED PARTIES, THIRD-PARTY SERVICE PROVIDERS AND MARKETING PARTNERS (COLLECTIVELY, "COVERED PARTIES"), WHO ARE EXPRESS THIRD-PARTY BENEFICIARIES OF THE MANDATORY ARBITRATION PROVISION. THE AFOREMENTIONED PROVISIONS ARE AN ESSENTIAL BASIS OF THE AGREEMENT.**

16. The Terms of Service are also included as links on the bottom of every page on the Site.

17. In the event questions about the accuracy or validity of the consent-based nature of the leads generated on a website arise, lead verification services are often utilized. Jornaya (also now referred to as Verisk), an industry leader in lead validation and verification, provides such a service. This is done by adding JavaScript coding to the website where a form is displayed, such as the form submission page on the Site. Data relating to the user and interactions on that page, including keystrokes, mouse clicks, data entry, and other electronic communications of visitors to websites, are tracked and maintained by Jornaya to document and verify via a “Guardian TCPA Report” including a “Visual Playback” visual re-enactment of the visit based on the session data during the lead submission event.

18. DMS obtained the Guardian TCPA Report from Jornaya for Plaintiff's submission on the Site on February 6, 2025. A true and correct copy of the Guardian TCPA Report is attached hereto as Exhibit D.

19. Each Guardian TCPA Report identifies the date and time of the user's visit, the IP address and approximate geographic location of the visitor, and the TCPA disclosure language (quoted above) that appeared on the webpage.

20. Each Guardian TCPA Report also contains a link for a "Visual Playback" re-enactment of what the user saw on their screen during their visit and their interaction. The Visual Playback" for the submission can be accessed at the following link: https://vp.leadid.com/playback/636015CA-DE92-ACFB-EE0A-1C04533FDCE1/1746732530.0504?key=1746732436482.

21. The Jornaya "Visual Playback" for the visit to the Site on February 6, 2025 accurately shows the Site's form submission page and its corresponding language as it appeared on that date.

22. The Jornaya "Visual Playback" also allows one to enter information in fields to the left of the screen and to see if they match the information that was submitted during the lead event and recorded by Jornaya. Entering the information from the lead associated with Plaintiff (such as the first and last name, telephone number, e-mail address, and street address) generates checkmarks showing that they match the information that was submitted during the lead event, as reflected below in the partial screenshots (with Visual Playback Data Overlay showing in which fields the input data match):


MATCH DATA
Enter values to see if those values match what was actually entered during the lead event.
First Name
shannan
Last Name
davis
Phone
8633085155
Email
dshannan27@gmail.com
ADDITIONAL VALUES
To see if additional fields match, enter the data values in the fields below:
Data Value
Data Value
Add Field
Remove Field
= Match
= No Match Found
= Match to URL Parameter Value
Visual Playback Data Overlay
1x
1:03 /1:13
Skip Inactivity
Skip to consent
health market advisor
Save up to 60% on health insurance in FL!
Great Job, You're Almost Done!
**********
8633085155
**********
Continue
Discover quotes from over 40 providers including:
MOLINA HEALTHCARE
aetna


MATCH DATA
Enter values to see if those values match what was actually entered during the lead event.
First Name
Shannan
Last Name
Davis
Phone
8633085155
Email
dshannan27@gmail.com
ADDITIONAL VALUES
To see if additional fields match, enter the data values in the fields below:
Data Value
Data Value
Add Field
Remove Field
= Match
= No Match Found
= Match to URL Parameter Value
Visual Playback Data Overlay
1x
1:12 /1:13
Skip Inactivity
Skip to consent
Great Job, You're Almost Done!
SHANNAN
**********
DAVIS
**********
DSHANNAN27@GMAIL.COM
**********
Compare Rates
By clicking the button above, I expressly consent to receive emails, calls and/or text messages, for marketing purposes, regarding insurance quotes, or other products and services on behalf of Healthmarketadvisor.com partners, including companies like InsureMe, Inc., using my provided telephone number (863) 308-5155 (including any wireless number) even if it's on a federal, state or corporate do-not-call list. I acknowledge calls may be AI-generated, or contain pre-recorded messages using artificial voice and/or placed using an automated telephone dialing system. I understand consent is not required to purchase and that I may revoke my consent at any time. To receive this information without providing this consent, skip. Applicable text messaging rates may apply. I agree to the Privacy Policy and Terms of Service provided.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/18/2025

DocuSigned by:
Kat Giardina
CDCA962D73764B7...

Kat Giardina