# EXHIBIT A

| firstname | lastname | phone | email | address1 | city | state | zipcode | ip_address | jornayaleadid | tcpa_consent | url_consent | consent_timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| shannan | davis | 18633085155 | dshannan27@gmail.com | 1512 laun pl | lakeland | fl | 33803-1719 | 174.211.176.105 | c5ae70a2-67cc-9a09-4048-ee71d2675352 | by clicking the button above, i expressly consent to receive emails, calls and/or text messages, for marketing purposes, regarding insurance quotes, or other products and services on behalf of healthmarketadvisor.com partners, including companies like insureme, inc., using my provided telephone number (863) 308-5155 (including any wireless number) even if it's on a federal, state or corporate do-not-call list. i acknowledge calls may be ai-generated, or contain pre-recorded messages using artificial voice and/or placed using an automated telephone dialing system. i understand consent is not required to purchase and that i may revoke my consent at any time. to receive this information without providing this consent, skip. applicable text messaging rates may apply. i agree to the privacy policy and terms of service provided. | plans.healthmarketadvisor.com | Feb 06, 2025 11:24:44 GMT |