# EXHIBIT B

health market advisor

Expert Agents Available Now
1-855-601-2628
Call

# Carriers and partner companies include, without limitation, the following:

- EverQuote's marketing partners
- 1800 Remodel
- 1800PayPerCall
- Ad Heavens - ADH
- AIO
- Allied Insurance Partners
- AllWebLeads
- Alpine Digital Group
- America's Family Insurance
- America's Health Advisors
- America's Health Providers
- American Insurance Organization
- Apollo Group
- Apollo Health Group
- Apollo Insurance Group
- Apollo Interactive
- Assured Health Group
- Audien Hearing
- Avenge Digital, LLC
- Benepath Health Insurance
- BIO GX Laboratory
- Bio Logistics Laboratories
- Biologistic Solutions
- Boost Medicare
- Call Trader, LLC
- Callblade Media
- Canis Health
- Capital Health Advisors Inc.
- Choice Health Insurance
- Choice One Health & Life Agency
- Claim Your Benefits
- Client Consent Health
- Compare-Health-Quotes.com
- Compass Health Agency
- Complete Auto Care
- Consumer Council
- Contactability
- Cover Care Insurance Services LLC
- Cozmo Health
- DH Insurance Group
- Discount Insurance Quotes
- Drug. Co
- ELOCAL

- ExactCare
- Excel Impact
- FamAid / My Family Aid
- Family First Health Plans
- Family First Insurance Advisors
- Find Me Health Insurance
- First Choice Health
- Fortegra
- Freedom Life
- Get Me Healthcare
- Get Me Medicare
- GoHealth
- GoHealth360
- GoHealth360 LLC
- Guide To Insure
- Health Benefits Direct
- Health Connect Insurance
- Health Find
- Health Insurance Advantage
- Health Insurance of America
- Health Market Advisor
- Health Markets
- Health Net
- Health Pocket
- Health Sherpa
- Health Solutions One
- Health Solutions Team
- Health Spire
- Health1nsurance.com
- Healthcare Solutions Direct, LLC
- Healthcare Solutions Team
- Healthcare.com
- HealthCompare
- healtheplans
- HealthInsurance.com
- HealthMarketAdvisor
- Healthmarkets
- HealthMarkets Inc.
- HealthMarkets Insphere
- HealthMatchup.com
- HealthPlan Advisors
- Healthy Access
- Ideal Concepts
- IdealConcepts
- Infinix Media
- Insphere
- InsureMe
- iWebQuotes
- L.A. Care Health Plan
- Legacy Quote
- Leo Source
- LIG Solutions
- Lighthouse Insurance
- Lighthouse Insurance Group

- LightHouse Insurance Health
- Maple Health
- MediaAlpha
- Medicare Rewards
- Molina Healthcare
- MTK Marketing
- My Medicare Ally
- National Family
- New Age Health Inc
- No Fear Insurance Consulting LLC
- Offerweb
- Omnia Insurance Group
- One Health
- OSCAR Health
- Pain Relief Network, LLC
- Partners - ChristianPlans
- Prodigy Health Agency
- Protect Health Insurance Agency
- Q3M Insurance Solutions
- QuinStreet
- QuoteStorm
- QuoteWizard
- Rank Media
- RateQuote Direct
- Reasonable Insurance Group
- Ring Partner
- RMC
- SelectQuote
- SelectQuote & Healthy Access
- SelectQuote Insurance Agency
- Senior Life
- Sicuro Health
- Specialty Medical Equipment Inc
- Synergy
- Synergy Insurance Affiliates LLC
- Synergy Insurance Marketing
- Synergy Marketing Associates Inc
- The Brace Doctor
- Tobias and Associates
- TradeMarc Global
- True Coverage
- United Enrollment
- United Health Advisers
- United Health Group
- United Health One
- United Healthcare
- US Health Advisors
- US Health Advocates
- US Health Benefits Group
- US Health Group (Freedom Life)
- US Healthcare Advisors
- USHA
- Vivid Hear
- VP Media Management

© 2025 HealthMarketAdvisor.com. All rights reserved. Privacy Policy | Terms Of Use | California Privacy Notice | Do Not Sell My Personal Information

This site is not maintained by or affiliated with the federal government's Health Insurance Marketplace website, any state government health insurance marketplace or any specific insurance carrier. This website is intended for informational purposes and as a reference tool to match consumers with companies that may be able to assist them. Any information we provide is limited to plans that our partners offer in your area. All company trademarks, service marks, logos and/or domain names are the property of their respective owners. If you do not receive a quote from a specific insurer you were searching for we recommend that you contact that insurer or one of its agents directly to obtain a quote. We are not responsible for any actions taken by any licensed agents or insurers.