# EXHIBIT C

Thank you for visiting the healthmarketadvisor.com website located at https://healthmarketadvisor.com/ (the "Site"). The Site is an Internet property of Digital Media Solutions ("Company," "we," "our" or "us"). The following healthmarketadvisor.com Website Terms and Conditions ("Terms and Conditions") are inclusive of the healthmarketadvisor.com Privacy Policy ("Privacy Policy") and any and all other applicable operating rules, policies, price schedules and other supplemental terms and conditions or documents that may be published from time to time, which are expressly incorporated herein by reference (collectively, the "Agreement").

Each end-user visitor to the Site ("User," "you" or "your") agrees to the terms of the Agreement, in their entirety, when she/he: (a) accesses or uses the Site; (b) accesses and/or views any of the: (i) links to third-party health insurance -related resources and other information ("Third-Party Links"); and/or (ii) blog posts, text, video and/or other information pertaining to health insurance -related products and/or services made available on the Site (the "Informational Content," and together with the Third-Party Links, the "Content"); (c) accesses the comments sections associated with the blog posts and/or other interactive features made available on the Site ("Interactive Services"); and/or (d) utilizes the various contact forms and/or contact information made available on the Site as a means to contact directly, or request to be contacted by, Company and/or Company's third-party health insurance -related product and/or service providers, and online aggregators ("Third-Party Service Providers") (collectively, the "Contact Services," and together with the Site, Content and Interactive Services, the "Site Offerings").

**PLEASE REVIEW THE TERMS OF THE AGREEMENT CAREFULLY. IF A USER DOES NOT AGREE WITH THE TERMS OF THE AGREEMENT IN THEIR ENTIRETY, THAT USER IS NOT AUTHORIZED TO USE THE SITE OFFERINGS IN ANY MANNER OR FORM.**

**THE AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF LIABILITY, RELEASES, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS THAT MAY ARISE HEREUNDER AGAINST COMPANY, AS WELL AS ITS PARENT, SUBSIDIARIES, RELATED PARTIES, THIRD-PARTY SERVICE PROVIDERS AND MARKETING PARTNERS (COLLECTIVELY, "COVERED PARTIES"), WHO ARE EXPRESS THIRD-PARTY BENEFICIARIES OF THE MANDATORY ARBITRATION PROVISION. THE AFOREMENTIONED PROVISIONS ARE AN ESSENTIAL BASIS OF THE AGREEMENT.**

**Please be advised that Company does not itself offer health insurance-related products and/or services, and the ultimate terms and conditions of any health insurance-related products and/or services made available via the Contact Services will be determined by the applicable Third-Party Service Providers.**

**Reliance on any information made available to you by and through the Site Offerings, including the Content, is solely at your own risk. Company disclaims any and all liability for any loss, damage or injury based on information directly or indirectly obtained through the Site Offerings.**

**1. Scope; Modification of Agreement.** The Agreement constitutes the entire and only agreement between Users and Company with respect to Users' use of the Site Offerings, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to same. Company may amend the Agreement from time to time in its sole discretion, without specific notice to Users; provided, however, that any amendment or modification to the arbitration provisions, prohibition on class action provisions or any other provisions applicable to dispute resolution (collectively, "Dispute Resolution Provisions") shall not apply to any disputes incurred prior to the applicable amendment or modification. The latest Agreement will be posted on the Site, and Users should review the Agreement prior to using any Site Offerings. By a User's continued use of the Site Offerings, that User hereby agrees to comply with all of the terms and conditions contained within the Agreement effective at that time (other than with respect to disputes arising prior to the amendment or modification of the Dispute Resolution Provisions, which shall be governed by the Dispute Resolution Provisions then in effect at the time of the subject dispute).

**2. Requirements; Termination of Access to the Site Offerings.** The Site Offerings are available only to individuals who can enter into legally binding contracts under applicable law. The Site Offerings are not intended for use by individuals under eighteen (18) years of age (or the applicable age of majority, if greater than eighteen (18) years of age in their respective jurisdiction). If a User is under eighteen (18) years of age (or the applicable age of majority, if greater than eighteen (18) years of age in her/his respective jurisdiction) and/or if that User is unable to enter into legally binding contracts under applicable law, that User does not have permission to use and/or access the Site Offerings. Company may terminate a User's access to the Site Offerings at any time and for any reason, in its sole discretion. Such reasons may include, without limitation, where Company believes that such User is: (a) in any way in breach of the Agreement; and/or (b) engaged in any improper conduct in connection with the Site Offerings.

**3. Contact Services.** Where a User attempts to utilize the Contact Services, that User may be required to submit, and Company may collect, some or all of the following information: (a) the User's e-mail address; (b) the User's full name; (c) the User's telephone number; and (d) any other information collected via the applicable Contact Services form (collectively, "Contact Data"). Upon entering Contact Data and clicking on the applicable submission button on the Site: (i) Company may pass your Contact Data along to one (1) or more of Company's marketing partners and/or affiliates (collectively, "Marketing Partners"), and/or Third-Party Service Providers; (ii) you may be contacted by Company and/or one (1) or more Marketing Partners and/or Third-Party Service Providers regarding your request; and/or (iii) you may be contacted by one (1) or more Marketing Partners with third-party offers that Company feels may be of interest to you. Without limiting the foregoing in any way, where you provided "prior express written consent" within the meaning of the Telephone Consumer Protection Act (47 USC § 227), and its implementing regulations adopted by the Federal Communications Commission (47 CFR § 64.1200), as amended from time-to-time ("TCPA"), you may be contacted by Company and/or one (1) or more of its designated Third Party Service Providers regarding your request via telephone, including artificial voice calls, pre-recorded messages and SMS text messaging. Where Company contacts you in connection with your submission of Contact Data, a Company representative may request additional information over the telephone, including some or all of

the following: (A) User date of birth; (B) User mailing address; (C) certain information pertaining to the User's health insurance needs; and (D) any other information requested by the applicable Company representative (collectively, "Follow-Up Data," and together with the Contact Data, the "User Data"). Each User agrees to provide true, accurate, current and complete User Data. Company's use of User Data shall be governed by the Privacy Policy. For a copy of the Privacy Policy, please https://healthmarketadvisor.com/privacy.php.

**Please be advised that Company does not itself offer health insurance -related products and/or services, and the ultimate terms and conditions of any health insurance -related products and/or services made available via the Contact Services will be determined by the applicable Third-Party Service Providers. You understand and agree that Company shall not be liable to you or any third party for any products and/or services offered by any Third-Party Service Providers.**

**4. Non-Endorsement; Passive Conduit.**

(a) Company does not sponsor, recommend or endorse any Marketing Partner and/or Third-Party Service Provider that is accessible by or through the Contact Services and/or other Site Offerings. The Third-Party Service Providers that are accessible by and through the Contact Services pay a fee for access to the Users that utilize the Contact Services. Company does not guarantee that Users will successfully find health insurance -related products and/or services through use of the Site Offerings.

(b) Please use caution and common sense when using the Site Offerings. Company in no way endorses the content or legality of any responses, statements or promises made by any Third-Party Search Service Providers, Marketing Partners and/or any other parties featured on the Site or otherwise through the Site Offerings.

(c) The determination of the need for health insurance-related products and/or services and the choice of health insurance-related service providers are extremely important decisions and should not be based solely on advertisements or claims of expertise offered by any Third-Party Service Provider. Company does not review the standing of any Third-Party Service Provider with any regulatory authority and/or governmental agency. Therefore, Company makes no representation regarding the status, standing or ability of any Third-Party Service Providers. When considering utilizing the services offered by a Third-Party Service Provider, Users should check that Third-Party Service Provider's industry standing, past practices and reputation. (d) Company does not involve itself in the agreements between Users and Third-Party Service Providers and/or Marketing Partners, or any relationships created thereby. Therefore, Company does not make any representations regarding the competency, trustworthiness, honesty, integrity and/or behavior of its Users, Marketing Partners and/or Third-Party Service Providers, as applicable. Each User, and not Company, is solely responsible for assessing the competency, trustworthiness, honesty and integrity of all Third-Party Service Providers and/or Marketing Partners that the User communicates with via the Contact Services and/or other Site Offerings.

**5. Content; Third-Party Links.** The Site contains Content which includes, but is not limited to, text, video and other information pertaining to search-related products and/or services, as well as

regularly updated Third-Party Links. **The Content is offered for informational purposes only and is at all times subject to the disclaimers contained herein, and on the Site.**

**6. Interactions.** Users are solely responsible for their interactions with Marketing Partners, Third-Party Service Providers and other third-parties. Because Company is not involved in User interactions, in the event that you have a dispute with one or more Marketing Partners, and/or Third-Party Service Providers and/or other third-parties, you hereby release Company from any and all claims, demands and/or damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of, or in any way connected with, such disputes.

**7. Interactive Services.**

(a) Subject to the restrictions contained herein including, without limitation, those contained below, the Interactive Services may allow Users to post comments, and engage in other interactive communication, by and through the Site Offerings. In connection with the Interactive Services, each User shall be solely responsible for the comments, opinions, statements, offers, propositions, feedback and other content (collectively, "Feedback") posted by and through the Interactive Services. Company reserves the right to prohibit any conduct by Users, or to remove any materials or Feedback posted by Users by and through the Interactive Services, that Company deems, in its sole and absolute discretion, to be in violation of the Agreement and/or which Company believes to be illegal, potentially harmful to others, otherwise objectionable or that same may expose Company to harm, damage to reputation or liability. Notwithstanding the foregoing, Company undertakes no responsibility to monitor or otherwise police the actions of Users, Feedback and/or other material posted by Users and/or other third-parties. Company shall have no obligation and incur no liability to such Users in connection with any Feedback. Users may find certain Feedback to be outdated, harmful, inaccurate and/or deceptive. Please use caution, common sense and safety when viewing Feedback. You agree to use the Interactive Services in a manner consistent with, and in full compliance with, any and all applicable laws, rules and regulations.

(b) In connection with your use of the Interactive Services and other of the Site Offerings, you agree not to: (i) display any telephone numbers, street addresses, last names, URLs, e-mail addresses or any confidential information of any third-party; (ii) display any audio files, text, photographs, videos or other images containing confidential information; (iii) display any audio files, text, photographs, videos or other images that may be deemed indecent or obscene in your community, as defined under applicable law; (iv) impersonate any person or entity; (v) "stalk" or otherwise harass any person; (vi) engage in unauthorized advertising to, or commercial solicitation of, other Users; (vii) transmit any chain letters, spam or junk e-mail to other Users; (viii) express or imply that any statements that you make are endorsed by Company, without Company's specific prior written consent; (ix) harvest or collect personal information of other Users (whether or not for commercial purposes), without their express consent; (x) use any robot, spider, search/retrieval application or other manual or automatic device or process to retrieve, index, "data mine" or in any way reproduce or circumvent the navigational structure or presentation of the Site Offerings; (xi) post, distribute or reproduce in any way any copyrighted material, trademarks or other proprietary information without obtaining the prior consent of the

owner of such proprietary rights; (xii) remove any copyright, trademark or other proprietary rights notices contained on the Site; (xiii) interfere with or disrupt the Site and/or the servers or networks connected to same; (xiv) post, offer for download, e-mail or otherwise transmit any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment; (xv) post, offer for download, transmit, promote or otherwise make available any software, product or service that is illegal or that violates the rights of a third-party including, but not limited to, spyware, adware, programs designed to send unsolicited advertisements (i.e. "spamware"), services that send unsolicited advertisements, programs designed to initiate "denial of service" attacks, mail bomb programs and programs designed to gain unauthorized access to mobile networks; (xvi) "frame" or "mirror" any part of the Site without Company's prior written authorization; (xvii) use metatags or code or other devices containing any reference to any Site Offerings in order to direct any person to any other mobile application or website for any purpose; and/or (xviii) modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Site Offerings or any software used in or in connection with Site Offerings. Company reserves the right to pursue any and all legal remedies against Users that engage in the aforementioned prohibited conduct.

**8. Representations and Warranties.** Each User hereby represents and warrants to Company as follows: (a) the Agreement constitutes such User's legal, valid and binding obligation which is fully enforceable against such User in accordance with its terms; and (b) such User understands and agrees that such User has independently evaluated the desirability of utilizing the Site Offerings and that such User has not relied on any representation and/or warranty other than those set forth in the Agreement.

**9. Indemnification.** Each User agrees to indemnify, defend and hold Company, its members, officers, directors, employees, agents and attorneys, harmless from and against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and/or expenses (including reasonable attorneys' fees, court costs and/or settlement costs) arising from and/or related to: (a) any dispute between that User and any Marketing Partner, Third-Party Service Provider or other third-party; (b) User's breach of the Agreement and/or any representation or warranty contained herein; (c) User's improper and/or unauthorized use of the Site Offerings in any manner whatsoever; and/or (d) User's Feedback. The provisions of this Section 9 are for the benefit of Company, its parents, subsidiaries and/or affiliates, and each of their respective officers, directors, members, employees, agents, shareholders, licensors, suppliers and/or attorneys. Each of these individuals and entities shall have the right to assert and enforce these provisions directly against you on its own behalf.

**10. License Grant.** Each User is granted a non-exclusive, non-transferable, revocable and limited license to access and use the Site Offerings. Company may terminate this license at any time for any reason. Unless otherwise expressly authorized by Company, Users may only use the Site Offerings for their own personal, non-commercial use. No part of the Site Offerings may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. No User or other third-party may use any automated means or form of scraping or data extraction to access, query or otherwise collect material from the Site Offerings except as

expressly permitted by Company. No User or other third-party may use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Site Offerings, or any portion thereof. No User or other third-party may create any "derivative works" by altering any aspect of the Site Offerings. No User or other third-party may use the Site Offerings in conjunction with any other third-party content. No User or other third-party may exploit any aspect of the Site Offerings for any commercial purposes not expressly permitted by Company. Each User further agrees to indemnify and hold Company harmless for that User's failure to comply with this Section 10. Company reserves any rights not explicitly granted in the Agreement.

**11. Proprietary Rights.** The Site Offerings, as well as the organization, graphics, design, compilation, magnetic translation, digital conversion, software, services and other matters related to same, are protected under applicable copyrights, trademarks and other proprietary (including, but not limited to, intellectual property) rights. The copying, redistribution or publication by any User or third-party of any part of the Site Offerings is strictly prohibited. No User or other third-party acquires ownership rights in or to any content, document, software, services or other materials viewed by or through the Site Offerings. The posting of information or material by and through the Site Offerings does not constitute a waiver of any right in or to such information and/or materials.

**12. Legal Warning.** Any attempt by any individual to damage, destroy, tamper with, vandalize and/or otherwise interfere with the operation of the Site Offerings is a violation of criminal and civil law and Company will diligently pursue any and all remedies against any offending individual or entity to the fullest extent permissible by law and in equity.

**13. Disclaimer of Warranties.** THE SITE OFFERINGS AND ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME ARE PROVIDED TO USERS ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, COMPANY MAKES NO WARRANTY THAT THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME: (A) WILL MEET ANY USER'S REQUIREMENTS; (B) WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED; (C) WILL BE FREE OF HARMFUL COMPONENTS; (D) WILL ENABLE ANY USER TO OBTAIN HEALTH INSURANCE; AND/OR (E) WILL BE ACCURATE OR RELIABLE. THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. COMPANY WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE SITE OFFERINGS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY ANY USER FROM COMPANY OR OTHERWISE THROUGH OR FROM THE SITE OFFERINGS SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE AGREEMENT.

**14. Limitation of Liability.** EACH USER EXPRESSLY UNDERSTANDS AND AGREES THAT COMPANY SHALL NOT BE LIABLE TO THAT USER OR ANY THIRD-PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR INABILITY TO USE THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, CONTENT AND/OR ANY OTHER PRODUCTS OR SERVICES PURCHASED OR OBTAINED FROM OR THROUGH THE SITE OFFERINGS; (C) ANY DISPUTE BETWEEN ANY USERS, MARKETING PARTNERS AND/OR THIRD-PARTY SERVICE PROVIDERS AND/OR OTHER THIRD-PARTIES; (D) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, ANY USER DATA; (E) THE FAILURE TO REALIZE HEALTH INSURANCE; AND (F) ANY OTHER MATTER RELATING TO THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, IN THE AGGREGATE INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATION AND ANY AND ALL OTHER TORTS. EACH USER HEREBY RELEASES COMPANY FROM ANY AND ALL OBLIGATIONS, LIABILITIES AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREIN. IF APPLICABLE LAW DOES NOT PERMIT SUCH LIMITATIONS, THE MAXIMUM LIABILITY OF COMPANY TO ANY USER UNDER ANY AND ALL CIRCUMSTANCES WILL BE FIVE HUNDRED DOLLARS ($500.00). **NO ACTION, REGARDLESS OF FORM, ARISING OUT OF THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME, MAY BE BROUGHT BY ANY USER OR COMPANY MORE THAN ONE (1) YEAR FOLLOWING THE EVENT WHICH GAVE RISE TO THE CAUSE OF ACTION.** THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN EACH USER AND COMPANY. ACCESS TO THE SITE OFFERINGS WOULD NOT BE PROVIDED TO USERS WITHOUT SUCH LIMITATIONS. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS THE LIABILITY OF COMPANY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

**15. Copyright Policy/DMCA Compliance.** Company reserves the right to terminate any User's access to the Site Offerings where such User infringes upon third-party copyrights. If any User or third-party believes that a copyrighted work has been copied and/or posted via the Site Offerings in a way that constitutes copyright infringement, that party should provide Company with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyrighted work; (b) an identification and location of the copyrighted work that such party claims has been infringed upon; (c) a written statement by such party that it has a good faith belief that the disputed use is not authorized by the owner, its agent or the law; (d) such party's name and contact information, such as telephone number or e-mail address; and (e) a statement by such party that the above information in such party's notice is accurate and,

under penalty of perjury, that such party is the copyright owner or authorized to act on the copyright owner's behalf. Contact information for notice of claims of copyright infringement is as follows: Klein Moynihan Turco LLP Attn: Copyright Attorney 450 Seventh Avenue, 40th Floor New York, NY 10123 info@kleinmoynihan.com Fax: (212) 216-9559

**16. Third-Party Websites.** The Site Offerings contain links to other websites on the Internet that are owned and operated by third-parties including, without limitation, the Third-Party Service Provider websites and/or Third-Party Links. Company does not control the information, products or services made available on, by or through these third-party websites. The inclusion of any link does not imply endorsement by Company of the applicable website or any association with the website's operators. Because Company has no control over such websites and/or resources, each User agrees that Company is not responsible or liable for the availability or the operation of such external websites, for any material located on or available from or through any such websites or for the protection of any User's data privacy by third-parties. Each User further agrees that Company shall not be responsible or liable, directly or indirectly, for any loss or damage caused by the use of or reliance on any such material available on, by or through any such site.

**17. Editing, Deleting and Modification.** Company reserves the right in its sole discretion to edit and/or delete any documents, information or Content appearing on the Site.

**18. Use of User Information.** All material submitted by Users through or in association with the Site Offerings including, without limitation, the User Data, shall be subject to the Privacy Policy. For a copy of the Privacy Policy, please Click Here.

**19. Dispute Resolution Provisions.** The Agreement shall be treated as though it were executed and performed in New York, New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). **You hereby agree to arbitrate all claims that may arise under the Agreement that you may have against Company or any of the Covered Parties, who are express third-party beneficiaries of the mandatory arbitration provision. Without limiting the foregoing, should a dispute arise between you and Company and/or any Covered Party including, without limitation, any matter concerning the Site Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) you agree to submit the dispute for resolution by arbitration before the American Arbitration Association in New York, New York, in accordance with the then current Commercial Arbitration rules of the American Arbitration Association (the "AAA"); and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice which can be found Here. We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute and you wish to proceed, you must submit your dispute for resolution by arbitration before the AAA, in your county of residence, by filing a separate Demand for Arbitration, which is available Here. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated**

**with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, we will reimburse any reasonable attorneys' fees that your attorney accrued for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.**

**To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit and/or class arbitration as to any claim, dispute or controversy that you may have against any Covered Entity and/or Company (including its employees, officers, directors, members, representatives and/or assigns). You agree to the entry of injunctive relief to stop such a class action lawsuit and/or class arbitration, as applicable, or to remove you as a participant in the suit and/or class arbitration, as applicable. You agree to pay the attorney's fees and court costs that Company and/or any Covered Party incurs in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits and/or class arbitrations: (i) does not constitute a waiver of any of your rights or remedies to pursue a claim individually, and not as a class action or class arbitration, in binding arbitration as provided above; and (ii) is an independent agreement. You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Site.**

**20. Text Messages.** Users may request to receive up to a maximum of ten (10) offers from Company via text message, including text messages sent by third-parties on Company's behalf, on selected days of the week. Supporting carriers include AT&T®, Sprint®, Verizon®, Carolina West®, Nextel®, Celicom®, Virgin Mobile®, C Spire®, Boost®, Cincinnati Bell®, Metro PCS®, T-Mobile®, Cricket®, U.S. Cellular® and other wireless carriers.

**Consumers may opt out of receiving text messages by replying "STOP," "END" or "QUIT" to any SMS message that they receive. No other words or combination of words will achieve a successful opt out result. Consumers may also reply with "HELP"; email us at: support@protect.com; or call us at: (800) 719-5930 for support. Standard message and data rates may apply to any text/SMS communication.**

*AT&T®, Sprint®, Verizon®, Carolina West®, Nextel®, Celicom®, Virgin Mobile®, C Spire®, Boost®, Cincinnati Bell®, Metro PCS®, T-Mobile®, Cricket® and U.S. Cellular® are registered trademarks of the respective carriers (collectively, the "Carriers"). Please be advised that Company is not in any way affiliated with any Carrier, and the Site Offerings are not endorsed, administered or sponsored by any of the foregoing Carriers. The Carriers shall not be liable for any delayed or undelivered messages.*

**21. Miscellaneous.** To the extent that anything in or associated with the Site Offerings is in conflict or inconsistent with the Agreement, the Agreement shall take precedence. Company's failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of the Agreement. Should any part of the

Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. Company may assign its rights and obligations under the Agreement, in whole or in part, to any party at any time without notice to you. The Agreement, may not however, be assigned by you, and you may not delegate your duties under it. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

**22. Contact Us.** If you have any questions about the Agreement, Site Offerings or the practices of Company, you may email us as at: support@healthmarketadvisor.com; call us at: 800-719-5930; or send us mail to: 4800 140th Ave N., Ste. 101, Clearwater, FL 33762. TTY 711 (Monday - Friday, 8am - 5pm CST).

**24. Electronic Signatures.** You acknowledge and agree that by clicking on the opt-in, contact us, or other button used to submit information, or taking such other action as may be designated by Company as a means of accepting all or a portion of the Agreement, you are submitting a legally binding electronic signature and entering into a legally binding contract. You acknowledge that your electronic submission constitutes your agreement and intent to be bound by the Agreement. Pursuant to any and all applicable statutes, regulations, rules, ordinances or other laws including, without limitation, the United States Electronic Signatures in Global and National Commerce Act, P.L. 106-229 (the "E-Sign Act") or other similar statutes, YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS AND OTHER RECORDS AND TO ELECTRONIC DELIVERY OF NOTICES, POLICIES AND RECORDS OF TRANSACTIONS INITIATED OR COMPLETED THROUGH THE SITE AND/OR OTHER COMPANY OFFERINGS. Further, you hereby waive any right or requirement under any statutes, regulations, rules, ordinances or other law in any jurisdiction which require(s): (a) an original signature; (b) delivery or retention of non-electronic records; and/or (c) payments, or the granting of credits, by other than electronic means.

Last Updated: January 23, 2025