# EXHIBIT D

Verisk™ | Marketing Solutions

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.

# Guardian TCPA Report

**Prepared for DMS - Digital Media Solutions**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Verisk Marketing Solutions?**

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

**How does Verisk Marketing Solutions help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

| Lead Event Information: | |
|---|---|
| Universal LeadiD | C5AE70A2-67CC-9A09-4048-EE71D2675352 |
| Event Date | 02/06/2025 |
| Event Time | 06:24:44 AM EST |
| IP Address | 174.211.176.105 |

| Disclosure Information: | |
|---|---|
| Query Date | 02/06/2025 |
| Query Time | 06:25:56 AM EST |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING THE BUTTON ABOVE, I EXPRESSLY CONSENT TO RECEIVE EMAILS, CALLS AND/OR TEXT MESSAGES, FOR MARKETING PURPOSES, REGARDING INSURANCE QUOTES, OR OTHER PRODUCTS AND SERVICES ON BEHALF OF HEALTHMARKETADVISOR.COM PARTNERS, INCLUDING COMPANIES LIKE INSUREME, INC., USING MY PROVIDED TELEPHONE NUMBER (863) 308-5155 (INCLUDING ANY WIRELESS NUMBER) EVEN IF IT'S ON A FEDERAL, STATE OR CORPORATE DO-NOT-CALL LIST. I ACKNOWLEDGE CALLS MAY BE AI-GENERATED, OR CONTAIN PRE-RECORDED MESSAGES USING ARTIFICIAL VOICE AND/OR PLACED USING AN AUTOMATED TELEPHONE DIALING SYSTEM. I UNDERSTAND CONSENT IS NOT REQUIRED TO PURCHASE AND THAT I MAY REVOKE MY CONSENT AT ANY TIME. TO RECEIVE THIS INFORMATION WITHOUT PROVIDING THIS CONSENT, SKIP. APPLICABLE TEXT MESSAGING RATES MAY APPLY. I AGREE TO THE PRIVACY POLICY AND TERMS OF SERVICE PROVIDED. |

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

| Contributed Data | Data Provided by the Verisk Marketing Solutions Client ("Contributed Data") for Verification | Verified by the Verisk Marketing Solutions Service |
|---|---|---|
| First Name | null | No |
| Last Name | null | No |
| Phone 1 | +18633085155 | Yes |
| Phone 2 | null | No |
| Email | null | No |
| Address 1 | null | No |
| Address 2 | null | No |
| City | null | No |
| State | null | No |
| Zip | null | No |

This table is a summary of the fields and associated values provided by a Verisk Marketing Solutions client for verification by Guardian. Guardian captures data associated with the interactions the consumer took with each listed field and if applicable, the data the consumer entered into those fields, and encrypts the captured data entered by the consumer using a secure one-way hashing methodology. When a client purchases a lead from a lead seller with a unique Universal LeadiD associated with that lead, and proactively provides certain data associated with the lead ("Contributed Data") for which verification is requested, Guardian is able to verify if that Contributed Data matched to the encrypted, hashed value of the data that Guardian captured from the original lead event. This provides a client with verification that certain Contributed Data values were entered by the consumer at the original lead event. Data can be verified in the following ways: a match to data entered in form fields, a match to a pre-populated value, and/or a match observed in the parameters of the URL.

**Visual Playback Link:**

https://vp.leadid.com/playback/C5AE70A2-67CC-9A09-4048-EE71D2675352/1738841156.9743?key=1738841086188

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY