# **Exhibit A:**

Declaration of Shannan Davis

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| Shannan Davis,<br><br>Plaintiff,<br><br>v.<br><br>USHealth Advisors, LLC<br><br>Defendant. | Case No. 8:25-cv-02779-CEH-AAS |

**DECLARATION OF SHANNAN DAVIS**

I, Shannan Davis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. For more than three years, I have been the sole user of the cell phone number 863-308-5155.
2. I received unwanted phone calls from USHealth Advisors, LLC at 863-308-5155 during 2023, 2024, and 2025.
3. I did not visit https://healthmarketadvisor.com/ on February 6, 2025 or provide any information to that website.
4. I had no reason to sign up to receive health insurance quotes on February 6, 2025 because I had health insurance through my employer at that time.

5. Further, the report provided by USHealth Advisors, LLC states that the sign-up occurred at 6:24 AM EDT. I could not have visited the website at 6:24 AM EDT on February 6, 2025, because I was driving to work at that time.

Pursuant to 28 U.S.C. § 1746, I, Shannan Davis, do solemnly declare and affirm under penalties of perjury that the foregoing Declaration is true and correct to the best of my knowledge, information, and belief.

Executed on January 1, 2026

[signature]

Shannan Davis