**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| Shannan Davis,<br><br>Plaintiff,<br><br>v.<br><br>USHealth Advisors, LLC<br><br>Defendant. | Case No. 8:25-cv-02779-CEH-AAS |

**NOTICE OF SETTLEMENT**

Plaintiff Shannan Davis and Defendant USHealth Advisors, LLC, pursuant to Middle District of Florida Local Rule 3.09(a), hereby notify the Court that the instant action has been settled in its entirety, on an individual basis, subject to the execution of a settlement agreement. The Parties request sixty (60) days to finalize the settlement and file the appropriate dismissal documents.

[*Signature on the following page*]

DATED: April 8, 2026

*/s/ Reid Hudson*
Reid Hudson, *Pro Hac Vice*
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
385-440-4129
reid.hudson@thehqfirm.com

*Counsel for Plaintiff*