**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHANNAN DAVIS,

Plaintiff,

v. Case No: 8:25-cv-2779-CEH-AAS

USHealth Advisors, LLC

Defendant.

---

# ORDER

This matter is before the Court upon review of the file. Pursuant to the Notice of Settlement (Doc. 34), the Court entered an Order on April 8, 2026, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 35). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

Accordingly, it is now **ORDERED**:

1. This action is dismissed with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 11, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties